1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, CEMENT MASONS AND PLASTERERS 401(k) TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTNING CONCRETE, LLC, A Washington limited liability company, Contractor's License No. LIGHTCL847CD, UBI No. 603576721,<br><br>Defendant. | Case No. 2:25-cv-00885-JHC<br><br>ORDER RE: DEFAULT JUDGMENT |

This matter comes before the Court on the Plaintiffs' motion for entry of a default judgment against Defendant Lightning Concrete, LLC. Dkt. # 10. The Court has reviewed the motion and supporting papers, as well as the pleadings, files, and court records in this matter.

Being otherwise fully informed, the Court ORDERS:

1. The Court agrees with Plaintiffs' application of the factors under *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

2. Plaintiffs' motion is GRANTED.

ORDER RE: DEFAULT JUDGMENT – 1
CAUSE NO.: 2:25-cv-00885-JHC

3. The Court previously found that Defendant Lightning Concrete, LLC was served with a summons and Complaint in this matter. Dkt. # 8.

4. The Court previously found that Defendant Lightning Concrete, LLC failed to appear, answer, or otherwise defend itself against the claims asserted in the Complaint. *Id.*

5. Plaintiffs are entitled to entry of a default judgment against Defendant Lightning Concrete, LLC for the following amounts:

    a. $60,613.22 in delinquent fringe benefit contributions for the January 2021 through October 2022 audit period;

    b. $7,695.01 in liquidated damages as allowed under 29 U.S.C. §1332(g)(2)(C)(ii) for the January 2021 through October 2022 audit period;

    c. $12,122.69 in accrued prejudgment interest (calculated through March 15, 2023) at the rates specified in the applicable trust agreements as allowed under 29 U.S.C §1132(g)(2);

    d. $6,740.00 in audit accounting fees as outlined in the applicable trust agreements;

    e. $39,337.47 in delinquent fringe benefit contributions for the May 2022 through June 2024 delinquent period;

    f. $28,079.55 in liquidated damages as allowed under 29 U.S.C. §1332(g)(2)(C)(ii) for the May 2022 through June 2024 delinquent period;

    g. $40,071.01 in accrued prejudgment interest (calculated through January 13, 2026) at the rates specified in the applicable trust agreements as allowed under 29 U.S.C §1132(g)(2);

    h. $2,600.00 in referral attorney fees as outlined in the applicable trust agreements;

6. Plaintiffs are awarded $2,458.00 in reasonable attorney fees as allowed under the written terms of the applicable trust agreements and as allowed under 29 U.S.C. §1132(g)(2)(D);

7. Plaintiffs are awarded $490.00 in costs; and

8. Post-judgment interest shall bear interest at the lowest rate available (18%) specified in the applicable trust agreements, as allowed under 29 U.S.C. §1132(g)(2).

ORDER RE: DEFAULT JUDGMENT – 2
CAUSE NO.: 2:25-cv-00885-JHC

Dated: January 16, 2026.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER RE: DEFAULT JUDGMENT – 3
CAUSE NO.: 2:25-cv-00885-JHC